# EXHIBIT B

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF ILLINOIS

3   PETER BERGMAN, BOBBIE CASON      )

4   AND LISA SMITH, individuals,     )

5   on behalf of themselves and      )

6   others similarly situated,       )

7                 Plaintiffs,        )

8             vs.                    )    No. 1:10-cv-00191

9   KINDRED HEALTHCARE, INC. and     )

10  KINDRED CHICAGO LAKESHORE,       )

11  and DOE DEFENDANTS 1-10,         )

12                Defendants.        )

13

14            The deposition of JAMES JEREMY BALLARD,

15  called for examination, taken pursuant to the

16  Federal Rules of Civil Procedure of the United

17  States District Courts pertaining to the taking of

18  depositions, taken before Lynn A. McCauley, CSR

19  No. 84-003268, RPR, a Certified Shorthand Reporter

20  of the State of Illinois, at 131 South Dearborn

21  Street, Suite 2400, Chicago, Illinois, on January 5,

22  2011, at 9:44 a.m.

23

24

Page 15

1    Insurance?

2         A.   No.

3         Q.   Okay.  And very briefly -- and I think I

4    know the answer to this -- but what does Cornerstone

5    Insurance do?

6         A.   It is a Cayman Island Insurance Company.

7         Q.   All right.  So let's just stick with from

8    KHI to KHOI.

9              What legal entity is below KHOI?

10        MR. LAPP:  Objection.  Vague and ambiguous.

11   BY THE WITNESS:

12        A.   As it pertains to this matter or as it --

13   just as it pertains to this matter?

14   BY MR. WELLS:

15        Q.   Well, I want you to identify for me all

16   of the legal entities that are below KHOI, the next

17   level down, if we can go from there.

18        A.   Off the top of my head I couldn't name

19   each legal entity under KHOI.  However, those are

20   publicly available on our 10-K.

21        Q.   Okay.  And what types of legal entities

22   are below KHOI?

23        A.   It would be corporations as well as LLCs.

24        Q.   Okay.

Page 16

1          A.    As it pertains to this matter, THC

2    Chicago, Inc.

3          Q.    And THC Chicago, Inc. I believe is a

4    collection of hospitals; is that correct?

5          A.    It operates -- it's the licensed operator

6    of four hospitals, that's correct.

7          Q.    And can you identify for me those four

8    hospitals?

9          A.    I don't know off the top of my head.

10         Q.    Okay.  What purpose or what activity does

11   KHOI engage in?

12         A.    KHOI is an administrative services

13   provider.

14         Q.    And they're an administrative services

15   provider to whom?

16         A.    To the subsidiaries, licensed operators

17   of KHOI.

18         Q.    It's my understanding that Kindred

19   Healthcare, KHI, has sort of three separate business

20   segments; is that correct?

21         MR. LAPP:  Objection to the form of the

22   question.  Vague and ambiguous.

23   BY THE WITNESS:

24         A.    No.  KHI is a holding company.

Page 27

1      A.   Yes.

2      Q.   Who owns the stock of the KHOI?

3      A.   KHI.

4      Q.   KHI owns all the outstanding shares of

5  KHOI?

6      A.   Yes.

7      Q.   And THC Chicago, Inc., do you know if

8  that entity has common stock?

9      A.   Yes.

10     Q.   And do you know who owns the shares of

11 THC Chicago, Inc.?

12     A.   KHOI.

13     Q.   All the outstanding shares?

14     A.   Yes.

15     Q.   Earlier you said THC Chicago, Inc.

16          Can we just refer to that as THC?

17     A.   Sure.

18     Q.   Okay.  You said THC is the licensed

19 operator of four hospitals; correct?

20     A.   That's correct.

21     MR. LAPP:  Just for sake of clarity here,

22 you're now designation THC Chicago, Inc. in this

23 deposition is going to be referred to as THC?

24     MR. WELLS:  Or is there --